No. 294. MEGGE ET AL. v. UNITED STATES. C. A. 6th Cir. Certiorari denied. *LuVerne Conway* for petitioners. *Solicitor General Cox* for the United States.

No. 298. DANIEL CONSTRUCTION Co., INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied. *Robert T. Thompson* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *Melvin Pollack* for respondent.

No. 299. JARVIS ET AL. v. UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied. *Raymond K. Kierr* for petitioners. *Solicitor General Cox, Assistant Attorney General Douglas, Morton Hollander* and *Richard S. Salzman* for the United States et al.

No. 300. AMBOLD v. SEABOARD AIR LINE RAILROAD Co. C. A. 4th Cir. Certiorari denied. *Howard I. Legum* and *Louis B. Fine* for petitioner. *Eppa Hunton IV* and *Lewis T. Booker* for respondent.

No. 301. TEITELBAUM v. UNITED STATES ET AL. C. A. 7th Cir. Certiorari denied. *Abraham Teitelbaum,* petitioner, *pro se. Acting Solicitor General Spritzer* and *Acting Assistant Attorney General Jones* for the United States et al.

No. 307. BENCEL, ADMINISTRATRIX, ET AL. v. FROST ET AL. C. A. 3d Cir. Certiorari denied. *Nathan Baker* for petitioners. *Victor C. Hansen* for respondents.

No. 309. TAYLOR v. BALTIMORE & OHIO RAILROAD Co. C. A. 2d Cir. Certiorari denied. *Jacob D. Fuchsberg* for petitioner. *Donald M. Dunn* and *Eugene Z. DuBose* for respondent.